IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JIMMY D. HILL, and <br> BARBARA HILL <br><br>     Plaintiff, <br><br> v. <br><br> COTTRELL INC., and <br> CAMBARLOC ENGINEERING & <br> MANUFACTURING INC., <br><br>     Defendants. | Case No.: 3:20-cv-909 <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF REMOVAL OF CIVIL ACTION

COMES NOW COTTRELL, INC., ("Cottrell"), by and through its attorneys, Carpenter Moser, LLC, and for its Notice of Removal of Civil Action pursuant to 28 U.S.C. §1332 and §1446, states as follows:

### Short and Plain Statement of Grounds for Removal

1. On June 5, 2020, plaintiffs filed their Complaint against Cottrell and Cambarloc. *See* Complaint.

2. Cottrell is a corporate citizen of Georgia, with its principal place of business and state of incorporation in Georgia.

3. Cambarloc is a corporate citizen of Missouri, with its principal place of business and state of incorporation in Missouri.

4. Cottrell was served on June 17, 2020.

5. Plaintiffs' Complaint, however, did not include the state of citizenship of plaintiffs Jimmy D. Hill and Barbara Hill, which are common names in this country.

6. In other cases filed by plaintiffs' counsel against Cottrell, including those removed to this Court, plaintiffs routinely disclose their state of citizenship. *See, e.g., Ellenberger v. Cottrell* Complaint, Ex. 1 ("That at all times relevant hereto the plaintiff was a citizen and resident of Ohio ..."). In this case, however, plaintiffs failed to include their citizenship.

7. Accordingly, on July 17, 2020, Cottrell filed in St. Clair County a Motion for More Definite Statement, attempting to obtain, *inter alia,* plaintiffs' state of citizenship to determine whether the case is removable.

8. Plaintiffs never responded to Cottrell's Motion for More Definite Statement.

9. On August 4, 2020, co-defendant Cambarloc likewise filed a Motion for More Definite Statement.

10. On August 11, 2020, plaintiffs responded to Cambarloc's motion for more definite statement. *See* Response, Ex. 2.

11. In plaintiffs' August 11, 2020 response, they confirmed for the first time that they are not citizens of Georgia or Missouri, and thus complete diversity in fact exists. Plaintiffs stated: "Unless Plaintiffs are residents and citizens of Georgia or Missouri (***they are not***) the case could have been removed to federal court if done within 30 days of service." *Id.* at 2 (emphasis added).

12. On August 11, 2020, after reviewing plaintiffs' Response admitting there is complete diversity and removability, Cottrell's counsel sent an e-mail to plaintiffs' counsel requesting the actual state of citizenship of plaintiffs, beyond just not being Georgia or Missouri. *See* 8.11.2020 E-Mail, Ex. 3.

13. Plaintiffs' counsel, to date, has not responded.

14. Plaintiffs' August 11, 2020 response to Cambarloc's Motion for More Definite Statement, which judicially admits there is complete diversity and removability, is an "other paper" under 28 U.S.C § 1446(b)(3), from which Cottrell could first ascertain that the case is removable.  This Notice of Removal is thus timely, under 28 U.S.C § 1446, as being filed within 30 days of receipt of this "other paper" from which it may be ascertained that the case is removable.

15. This Notice of Removal is likewise filed less than one year after plaintiffs' Complaint was filed on June 5, 2020.

16. Plaintiffs seek damages arising out of an alleged accident occurring on June 18, 2018 in Illinois.  The accident purportedly involved an automobile transport trailer (the "rig"), which Plaintiff claims was designed and manufactured by Cottrell.

17. Plaintiffs' Complaint alleges damages in excess of $50,000, and specifically alleges "disfiguring injuries that are permanent in nature." *See* Complaint, at Par. 9.  Plaintiff states that he has been forced to pay "large sums of money" and will incur "additional charges" in the future.  Plaintiff alleges "wage and benefit" losses as well as a lost earning "capacity" in the future.

18. Further, plaintiffs' August 11, 2020 pleading admits that the case was removable, which concedes the amount in controversy is met too.  Accordingly, complete diversity exists and plaintiffs' Complaint clearly seeks damages in excess of $75,000.

## Conclusion

19. This action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441, as there is complete diversity and the amount in controversy exceeds $75,000.

20. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b)(3), in that the case stated by the initial pleading was not removable for failure to set forth plaintiffs' citizenship, and this notice of removal is filed within thirty days after receipt by the defendant of plaintiff's August 11, 2020 Response, which is an "other paper from which it may first be ascertained that the case is one which is or has become removable." In the August 11, 2020 Response pleading, plaintiffs stated for the first time that plaintiffs are not citizens of Georgia or Missouri and admitted that the case was in fact removable on complete diversity grounds.

21. Plaintiffs have common names, Jimmy D. Hill and Barbara Hill, rendering confirmation of their diverse state of citizenship not ascertainable before the August 11, 2020 pleading, plaintiffs failed to include their state of citizenship in the June 17, 2020 Complaint, and failed to answer or respond to Cottrell's counsel's August 11, 2020 e-mail requesting the actual state citizenships of Plaintiffs

22. This action is not more than one year old.

23. Pursuant to 28 U.S.C. § 1446(d), promptly after filing this Notice of Removal, Cottrell will give written notice thereof to the Plaintiffs and will file a copy of its Notice of Removal with the Circuit Court of St Clair County, State of Illinois.

24. Pursuant to 28 U.S.C. § 1446(a) and Local Filing Instructions, copies of the summons and complaint, constituting all the process and pleadings in possession of Cottrell in the state court action are contained in the state court file, attached as Exhibit 4.

25. Cambarloc consents to this removal, and its consent is attached hereto as Exhibit 5.

26. Cottrell hereby demands a trial by jury.

WHEREFORE, Cottrell requests that this action be removed from the Circuit Court of St. Clair County, State of Illinois to the Southern District of Illinois, for all purposes.

Respectfully submitted:

CARPENTER MOSER, LLC

*/s/* Daniel J. Carpenter
Daniel J. Carpenter, #6220584
Amy Lorenz-Moser, #6274037
1650 Des Peres Road, Suite 150
St Louis, MO 63131
Telephone: (314) 312-4980
Facsimile: (314) 312-4975
dan@carpentermoser.com
amy@carpentermoser.com

Attorneys for Defendant Cottrell, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of September, 2020, a copy of the foregoing was electronically filed and sent by electronic mail, to the following:

Brian M. Wendler
900 Hillsboro, Suite 10
Edwardsville, IL  62025
brianmwendler@gmail.com
wendlerlawpc@gmail.com
*Attorneys for Plaintiff*

Franke Schultz & Mullen, PC
David Boresi
231 South Bemiston, Suite 1200
St. Louis, MO 63105
dboresi@fsmlawfirm.com
*Attorneys for Defendant Cambarloc Manufacturing and Engineering, Inc.*

*/s/* Daniel J. Carpenter